**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**RICHARD DONALD LAWLER, #54271**　　　　　　　　　　　　**PETITIONER**

**VERSUS**　　　　　　　　　　**CIVIL ACTION NO. 1:06cv1062LG-JMR**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**　　　　**RESPONDENTS**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of January, 2007.

　　　　　　　　　　　　　　　　　　　　s/ *Louis Guirola, Jr.*
　　　　　　　　　　　　　　　　　　　　LOUIS GUIROLA, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE